# Maryland
## DEPARTMENT OF HEALTH

*Larry Hogan, Governor · Boyd K. Rutherford, Lt. Governor · Robert R. Neall, Secretary*

**Office of Health Care Quality**
7120 Samuel Morse Drive
Second Floor
Columbia, MD 21046

May 6, 2020

Ms. Andrea Dwyer, Administrator
Sagepoint Nursing and Rehabilitation Center
10200 La Plata Road
La Plata, MD 20646
Provider Number: 215106

**Delivered via email to:** adwyer@sagepointcare.org

Dear Ms. Dwyer:

Beginning April 21, 2020 and through May 6, 2020, a survey was conducted at your facility by the Office of Health Care Quality to determine if your facility was in compliance with State regulations. This survey found that your facility was not in substantial compliance with the State regulations. In fact, conditions at your facility posed immediate and serious jeopardy to the health and safety of your residents.

Your facility failed to implement an effective infection control program in accordance with standards of care and the guidelines provided by the Centers for Medicare and Medicaid Services (CMS), the Centers for Disease Control (CDC), and Maryland Department of Health (MDH) during a declared State of emergency and healthcare pandemic. The deficiencies include failure to obtain critical lab results timely, failure to use appropriate hand hygiene, failure to appropriately use personal protective equipment (PPE), and failure to cohort residents with suspected or known COVID-19.

Based upon the deficiencies cited at your facility, OHCQ will be imposing a daily Civil Money Penalty (CMP) of $10,000 per day for widespread deficiencies, beginning March 30, 2020, and continuing until the facility regains substantial compliance with the State regulations.



Exh. C-2

Based on the seriousness of these findings, it is imperative that you immediately determine the measures that are necessary to correct these deficient practices, what systemic changes you will develop to ensure that this does not happen again, and what quality improvement process will be implemented to oversee the system.

The statement of deficiencies related to this survey will be issued in the next few days. The accompanying cover letter will include additional details and further instructions. If you have any questions at this time, contact David Cherry, Deputy Director of Long Term Care at 410-402-8101 or via email at david.cherry@maryland.gov

Sincerely,

Patricia Tomsko Nay, MD

Patricia Tomsko Nay, M.D.
Executive Director
Office of Health Care Quality

cc: Paul Ballard, Esq.
Jane Sacco
Ruby Potter
Ronda Washington
Stevanne Ellis
MFCU
File II



C-3

**Andrea Dwyer**

**From:** David Cherry -MDH- <david.cherry@maryland.gov>
**Sent:** Friday, May 08, 2020 11:05 AM
**To:** Andrea Dwyer
**Subject:** NOTICE OF CURRENT DEFICIENCIES, IMMEDIATE JEOPARDIES, IMPOSITION OF A PER DAY CIVIL MONEY PENALTY UNDER STATE REGULATIONS, AND POSSIBLE IMPOSITION OF OTHER REMEDIES
**Attachments:** Sagepoint Letter, May 8, 2020 Final.pdf; Sage Point.pdf

Dear Ms. Dwyer,

Please see the attached correspondence from the Office of Healthcare Quality.
Please confirm your receipt of this document.

Thank you

Sincerely,

--

CHANGING Maryland *for the Better*

**David Cherry**
Deputy Director
Long Term Care Unit
Office of Health Care Quality
Maryland Department of Health

7120 Samuel Morse Drive
Second Floor
Columbia, MD 21046-3422

Office: (410) 402-8101
Fax: (410) 402-8234
Email: david.cherry@maryland.gov

OHCQ Website:
http://health.maryland.gov/ohcq/Pages/Home.aspx

**Maryland MOLST**

**maryland.molst@maryland.gov**

**http://marylandmolst.org**

*Maryland Department of Health is committed to customer service. Click here to take the Customer Satisfaction Survey.*

NOTICE: This message and the accompanying documents are intended only for the use of the individual or entity to which they are addressed and may contain information that is privileged, or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, or copying this communication. If you have received this email in error, please notify the sender immediately and destroy the original transmission.



Exh. C-4

**Andrea Dwyer**

**From:** Andrea Dwyer
**Sent:** Thursday, January 14, 2021 4:48 PM
**To:** Joyce Riggs
**Subject:** FW: Letter to Washington Post

**From:** David Cherry -MDH- [mailto:david.cherry@maryland.gov]
**Sent:** Thursday, May 07, 2020 10:25 AM
**To:** Andrea Dwyer <adwyer@sagepointcare.org>
**Subject:** Re: Letter to Washington Post

Good morning Ms. Dwyer,
PIA and FOIA requests are public. At this time, OHCQ has not yet received any requests from the media or others for this letter.

I am not aware of any communications outside of the CC'd individuals from last night.
If I receive any additional information I will let you know.

Sincerely,
David Cherry

On Thu, May 7, 2020 at 9:35 AM Andrea Dwyer <adwyer@sagepointcare.org> wrote:

> M. Cherry,
>
> I am aware a letter was sent to the Washington Post regarding the alleged deficient practice at Sagepoint regarding the issuance of IJs to Sagepoint. As this was only sent to myself and included only three others ,3 OHCQ employees, can you express how this might have occurred?
>
> Thanks,
>
> Andrea
>
> Sagepoint
> SENIOR LIVING SERVICES
>
> *Andrea S. Dwyer, CEO NHA MBA*



Exh. C-5

adwyer@SagepointCare.org

10200 LaPlata Rd.

LaPlata MD. 20646

301-753-3297

--

CHANGING Maryland *for the Better*

**David Cherry**
Deputy Director
Long Term Care Unit
Office of Health Care Quality
Maryland Department of Health

7120 Samuel Morse Drive
Second Floor
Columbia, MD 21046-3422

Office: (410) 402-8101
Fax: (410) 402-8234
Email: david.cherry@maryland.gov

OHCQ Website:
http://health.maryland.gov/ohcq/Pages/Home.aspx

**Maryland MOLST**

**maryland.molst@maryland.gov**

**http://marylandmolst.org**

*Maryland Department of Health is committed to customer service. Click here to take the Customer Satisfaction Survey.*

All references to regulatory requirements contained in this letter are found in Title 42, Code of Federal Regulations. In fact, the facility's noncompliance with the following regulations constitutes immediate jeopardy to the health and safety of residents:

**42 CFR §483.80 F 880**
**42 CFR §483.50 F 770**

## I. SUSPENSION OF SURVEY AND ENFORCEMENT ACTIVITIES

The Centers for Medicare & Medicaid Services (CMS) is committed to taking critical steps to ensure America's health care facilities are prepared to respond to the threat of disease caused by the 2019 Novel Coronavirus (COVID-19). In accordance with *Memorandum QSO-20-20-All*, CMS is suspending certain Federal and State Survey Agency surveys, and delaying revisit surveys, for all certified provider and supplier types.

During this time, CMS is prioritizing and conducting only the following surveys: focused infection control surveys, investigations of complaints and facility-reported incidents that are triaged at the Immediate Jeopardy (IJ) level, and revisit surveys for unremoved IJ level deficiencies. With the exception of unremoved IJs, CMS will also be exercising enforcement discretion during the suspension period. For additional information on the prioritization of survey activities please visit https://www.cms.gov/files/document/qso-20-20-allpdf.pdf-0.

## II. IMMEDIATE IMPOSITION OF A CIVIL MONEY PENALTY UNDER CODE OF MARYLAND REGULATIONS

Under Maryland Health-General Article Sections 19-359 and 19-1401 et. seq., and COMAR 10.07.02.70 through .74, the Maryland Department of Health has the authority to impose a civil money penalty (CMP) based upon the existence of a deficiency or deficiencies at a comprehensive care facility.

Based upon the deficiencies cited at your facility, I hereby impose a daily Civil Money Penalty (CMP) of $10,000 per day for both immediate jeopardies beginning March 30, 2020, the day that Sagepoint reported its first case of COVID-19 to the Maryland Department of Health through May 6, 2020, for a total of $380,000. Beginning May 7, 2020 and continuing through the date that Sagepoint regains substantial compliance, I am imposing a daily Civil Money Penalty of $1,000 per day. The deficiencies upon which the CMP is based are enclosed with this letter. In particular, these deficiencies include the failure to obtain critical lab results in a timely manner, the failure to use appropriate hand hygiene, the failure to appropriately use personal protective equipment (PPE), and the failure to cohort residents with suspected or known COVID-19.



C-7

Maryland
DEPARTMENT OF HEALTH

*Larry Hogan, Governor · Boyd K. Rutherford, Lt. Governor · Robert R. Neall, Secretary*

**Office of Health Care Quality**
7120 Samuel Morse Drive
Second Floor
Columbia, MD 21046

May 8, 2020

Ms. Andrea Dwyer, Administrator
Sagepoint Nursing and Rehabilitation Center
10200 La Plata Road
La Plata, MD 20646

**Delivered via email to:** adwyer@sagepointcare.org

**Provider Number: 215106**
**Cycle Start Date: May 6, 2020**
**RE: NOTICE OF CURRENT DEFICIENCIES, IMMEDIATE JEOPARDIES, IMPOSITION OF A PER DAY CIVIL MONEY PENALTY UNDER STATE REGULATIONS, AND POSSIBLE IMPOSITION OF OTHER REMEDIES**

Dear Ms. Dwyer:

The Office of Health Care Quality (OHCQ) conducted a COVID-19 Focused Infection Control Survey at your facility on April 21, 2020 – May 6, 2020, to determine if your facility was in compliance with Federal and State participation requirements for nursing homes participating in the Medicare and/or Medicaid programs and implementing proper infection prevention and control practices to prevent the development and transmission of COVID-19 . The survey was also conducted for the purposes of State licensure. As documented in the attached form CMS 2567, this survey found that your facility was not in substantial compliance with participation requirements. In fact, conditions at your facility posed immediate jeopardy to the health and safety of residents. The deficiencies that form the basis for the findings of immediate jeopardy are attached. Removal of the conditions that posed immediate jeopardy was confirmed by the survey team on May 1, 2020 and May 6, 2020.



Exh. C-6

Director of Long Term Care, Office of Health Care Quality, 7120 Samuel Morse Drive, Second Floor, Columbia, Maryland 21046.

Pursuant to COMAR 10.07.02.73B, if the facility files a timely request for a hearing, the nursing facility shall deposit the amount of the CMP in an interest-bearing escrow account. The nursing facility shall bear any costs associated with establishing the escrow account, and the account shall be titled in the name of the nursing facility and the Maryland Department of Health as joint owners.

When the Secretary issues the final decision of the Department, the funds in the escrow account, plus accrued interest if applicable, shall be distributed in accordance with COMAR 10.07.02.73C.

**IV. PLAN OF CORRECTION (PoC)**

Based on the findings of this survey, an opportunity to correct the identified deficiencies will not be afforded prior to our recommendation of the imposition of remedies by the CMS and the State Medicaid agency. A PoC for the deficiencies must be submitted within 10 days after the facility receives its Form CMS 2567. Failure to submit an acceptable PoC within the above time frames may result in the imposition of additional remedies.

Your PoC must contain the following:

- What corrective action will be accomplished for those residents found to have been affected by the deficient practice;

- How you will identify other residents having the potential to be affected by the same deficient practice and what corrective action will be taken;

- What measures will be put into place or what systemic changes you will make to ensure that the deficient practice does not recur; and;

- How the corrective action(s) will be monitored to ensure the deficient practice will not recur, i.e., what quality assurance program will be put into place.

- Date by which corrective action will be completed.

- **References to a resident(s) by Resident #** only. This applies to the PoC as well as any attachments to the PoC. It is unacceptable to include resident names in documents since the documents are released to the public.



C-9

In determining whether to impose a CMP, the Department took into consideration the following factors:

1. The number, nature, and seriousness of the deficiencies;
2. The extent to which the deficiency or deficiencies are part of an ongoing pattern during the preceding 24 months;
3. The degree of risk to the health, life, or safety of the residents of the nursing facility caused by the deficiency or deficiencies;
4. The efforts made by, and the ability of, the nursing facility to correct the deficiency or deficiencies;
5. A nursing facility's prior history of compliance in general and specifically with reference to the cited deficiencies; and
6. Such other factors as justice may require.

The Department also considered current federal guidelines for civil money penalties and whether the amount of the proposed civil money penalty will jeopardize the financial ability of the nursing facility to continue operating as a nursing facility.

**III. OPPORTUNITY FOR A HEARING TO CONTEST THE IMPOSITION OF A CIVIL MONEY PENALTY**

The facility may request a hearing on the decision to impose a CMP. Any hearing will be held in accordance with State Government Article, Title 10, Subtitle 2, Annotated Code of Maryland, and COMAR 28.02.01 and 10.01.03. Any request for a hearing must be submitted in writing to Paul Ballard, Office of the Attorney General, 300 West Preston Street, Suite 302, Baltimore, Maryland 21201, no later than 30 days after receipt of this notice. The request shall include a copy of this letter. If the informal dispute resolution process referenced elsewhere in this letter does not result in settlement of this matter, this matter will be referred to the Office of Administrative Hearings to hold a hearing and issue a proposed decision within 10 working days of the hearing. The aggrieved person may file exceptions as provided in COMAR 10.01.03.35. A final decision by the Secretary shall be issued in accordance with COMAR 10.01.03.35. If you do not request a hearing within 30 days after the receipt of this notice, the imposition of the CMP will become final at that time.

Per COMAR 10.07.02.74(A), the CMP payment is due 15 calendar days after the time period for requesting a hearing has expired and a request for a hearing was not received; or 15 calendar days after receipt of a written request from the facility to waive its right to a hearing and reduce the amount of the CMP by 40 percent, provided the written request is received by the Department within 30 calendar days of the Department's order imposing the civil money penalty. If you wish to reduce the amount of the CMP by 40 percent, please make your check payable to the Maryland Department of Health and submit it to the attention of David Cherry, Deputy



Exh. C-8

**Additionally, please note that CMS is taking action to help facilities prepare and respond to COVID-19. In accordance with *Memorandum QSO-20-20-All*, regarding the prioritization of survey activities, CMS has limited the performance of state and federal surveys and suspended all enforcement activity until the prioritization period has been lifted. As a result, providers may submit a POC within the typical 10 day timeframe, or delay the submission until 10 days after the survey prioritization period has ended. If the Office of Health Care Quality, receives an acceptable POC, we will authorize desk reviews as appropriate. If substantial compliance needs to be verified onsite, we will authorize a revisit once survey and enforcement activities have resumed.**

## V. INFORMAL DISPUTE RESOLUTION

In accordance with §488.331, you have one opportunity to question cited deficiencies through an informal dispute resolution process. You may also contest scope and severity assessments for deficiencies which resulted in a finding of immediate jeopardy. To be given such an opportunity, you are required to send your written request, along with the specific deficiency(ies) being disputed, and an explanation of why you are disputing the deficiency(ies), (or why you are disputing the scope and severity assessments of deficiencies which have been found to constitute SQC or immediate jeopardy) to David Cherry, Deputy Director of Long Term Care, Office of Health Care Quality, 7120 Samuel Morse Drive, Second Floor, Columbia, MD 21046-3422, phone 410-402-8201, fax 410-402-8234, and david.cherry@maryland.gov. This request must be sent within 10 days of receipt of this letter. Informal dispute resolution for the cited deficiencies will not delay the imposition of any enforcement action.

**The facility may choose to delay a request for an IDR until after the survey and enforcement suspensions have been lifted. The provider will have ten days from the date the suspensions are lifted to submit a request for an IDR in accordance with the instructions above.**

## VI. QUALITY IMPROVEMENT ORGANIZATION (QIO) RESOURCES

The Quality Improvement Organization (QIO) Program is committed to supporting healthcare facilities in the fight to prevent and treat COVID-19 as it spreads throughout the United States. QIO resources regarding COVID-19 and infection control strategies can be found at QIO Program Website. This page will continue to be updated as more information is made available. QIOs will be reaching out to Nursing Homes to provide virtual technical assistance related to infection control. QIOs per state can be found at: https://qioprogram.org/locate-your-qio .



Exh. C-10

**VII. LICENSURE ACTION**

As you are aware, the cited Federal deficiencies have a counterpart in State regulations. These deficiencies are cited on the enclosed State Form. Please provide a plan of correction and credible evidence of compliance for these deficiencies within 10 days of receipt of this letter. In the event a revisit determines that substantial compliance has not been achieved, appropriate administrative action may be taken against your State license.

Ms. Andrea Dwyer, Administrator
Sagepoint Nursing and Rehabilitation Center
May 8, 2020

If you have any questions concerning the instructions contained in this letter, please contact David Cherry at 410-402-8101 or david.cherry@maryland.gov.

Sincerely,

Patricia Tomsko Nay, MD

Patricia Tomsko Nay, M.D.
Executive Director
Office of Health Care Quality

Enclosures: CMS 2567
State Form

cc: Paul Ballard, Esq.
Jane Sacco
Ginger Levesque, CMS RO
Ruby Potter
Ronda Washington
Stevanne Ellis
MFCU
File II

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 000 | INITIAL COMMENTS<br><br>A COVID-19 Focused Infection Control Survey was conducted at this facility on April 21, 2020 - May 6, 2020, by the Office of Health Care Quality to investigate complaints MD00153513, MD00153415, and MD00153370. Surveyors conducted onsite survey activities on 4/21/2020, 4/23/2020, 5/1/2020, and 5/6/2020. The licensed bed capacity for this facility is 170, the resident census at the start of the survey was 104, and there were 9 residents included in the sample. Survey activities consisted of a review of medical records, facility documentation, interviews with residents, staff, family members, and observations of resident and staff practices. Administrative reports and facility policies and procedures were also reviewed.<br><br>The facility was not in substantial compliance with 42 CFR §483.80 (Infection Control), Subpart-B-Requirements for Long Term Care Facilities. According to the facility's report submitted to the State Agency on 4/17/2020, the initial case of COVID-19 was reported on 3/30/20. The facility was not following infection control safety practices and guidance recommended by the Centers for Medicare and Medicaid Services (CMS) and the Centers for Disease Control and Prevention (CDC), during a COVID-19 pandemic. This survey also identified non compliance with Federal and State requirements that were reviewed in relationship to MD00153513 and MD00153415.<br><br>During the survey, on 4/29/2020 at 4:26 PM, an Immediate Jeopardy was called related to the facility's failure to ensure that results for residents tested for COVID-19 were obtained and acted | F 000 | | |

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE　　TITLE　　(X6) DATE

Any deficiency statement ending with an asterisk (*) denotes a deficiency which the institution may be excused from correcting providing it is determined that other safeguards provide sufficient protection to the patients. (See instructions.) Except for nursing homes, the findings stated above are disclosable 90 days following the date of survey whether or not a plan of correction is provided. For nursing homes, the above findings and plans of correction are disclosable 14 days following the date these documents are made available to the facility. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.



Exh. C-12

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 000 | Continued From page 1<br>upon in a timely manner. This failure resulted in the exposure of COVID-19 negative residents to a resident with a positive COVID-19 diagnosis for 14 days. The facility submitted an acceptable removal plan on 4/29/2020 at 11:02 PM. The removal plan was accepted on 4/29/2020 at 11:20 PM. The Immediate Jeopardy was removed on 5/1/2020 at 12:00 PM.<br><br>During the survey, on 5/1/2020 at 9:40 AM, an Immediate Jeopardy was called related to the facility's failure to develop and implement an effective Infection Control Plan during a State and National healthcare pandemic related to COVID-19. The facility submitted an acceptable removal plan on 5/1/2020 at 6:27 PM. The removal plan was accepted on 5/1/2020 at 6:45 PM. The Immediate Jeopardy was removed on 5/6/2020 at 9:10 AM.<br><br>COVID-19 (Coronavirus Disease 2019), is a disease caused by the coronavirus SARS -CoV-2. COVID-19 spreads from person to person, mainly through respiratory droplets produced when an infected person coughs or sneezes.<br><br>The following deficiencies are a result of this survey: | F 000 | | |
| F 656 SS=D | Develop/Implement Comprehensive Care Plan CFR(s): 483.21(b)(1)<br><br>§483.21(b) Comprehensive Care Plans<br>§483.21(b)(1) The facility must develop and implement a comprehensive person-centered care plan for each resident, consistent with the resident rights set forth at §483.10(c)(2) and §483.10(c)(3), that includes measurable | F 656 | | |



C-13

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 656 | Continued From page 2<br>objectives and timeframes to meet a resident's medical, nursing, and mental and psychosocial needs that are identified in the comprehensive assessment. The comprehensive care plan must describe the following -<br>(i) The services that are to be furnished to attain or maintain the resident's highest practicable physical, mental, and psychosocial well-being as required under §483.24, §483.25 or §483.40; and<br>(ii) Any services that would otherwise be required under §483.24, §483.25 or §483.40 but are not provided due to the resident's exercise of rights under §483.10, including the right to refuse treatment under §483.10(c)(6).<br>(iii) Any specialized services or specialized rehabilitative services the nursing facility will provide as a result of PASARR recommendations. If a facility disagrees with the findings of the PASARR, it must indicate its rationale in the resident's medical record.<br>(iv)In consultation with the resident and the resident's representative(s)-<br>(A) The resident's goals for admission and desired outcomes.<br>(B) The resident's preference and potential for future discharge. Facilities must document whether the resident's desire to return to the community was assessed and any referrals to local contact agencies and/or other appropriate entities, for this purpose.<br>(C) Discharge plans in the comprehensive care plan, as appropriate, in accordance with the requirements set forth in paragraph (c) of this section.<br>This REQUIREMENT is not met as evidenced by:<br>Based on record review and staff interview it was determined that the facility failed to develop and implement a comprehensive, resident-centered | F 656 | | |



Exh. C-14

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 656 | Continued From page 3<br>care plan for residents who were given a medication that is known to have toxic effects. This was evident for 1 (#1) of 9 residents that had medical record reviews.<br><br>The findings include:<br><br>A record review on 4/22/2020 at 9:00 AM for Resident #1 revealed that the resident had diagnoses of high blood pressure and atrial fibrillation.<br><br>Atrial fibrillation is a heart condition that affects adequate blood flow from the heart due to irregular heartbeat.<br><br>A progress note dated 4/22/2020 stated the resident was COVID-19 positive and was started on an antimalarial medication.<br><br>Review of Resident #1's comprehensive care plan revealed that on 4/21/2020, a COVID-19 care plan was initiated with a goal: "Will exhibit relief from symptoms of COVID-19 in the next 30 days." The interventions included monitoring for symptoms, oxygen therapy, psychosocial issues, and isolation. However, facility staff failed to initiate monitoring for toxic effects of the antimalarial medication the resident had been started on.<br><br>An interview with Licensed Practice Nurse (LPN) #23 on 5/1/2020 at 11:45 AM, revealed that staff had initiated monitoring of COVID-19 symptoms for residents who had been COVID-19 positive and started on the antimalarial medication. When asked if they monitored these residents for toxic effects of the medication, LPN #23 stated that they had not. | F 656 | | |



Exh. C-15

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 656 | Continued From page 4<br><br>An interview with the Director of Nursing (DON) on 5/1/2020 at 11:50 AM, revealed that the nursing staff were not initiating monitoring for toxic effects for residents who had been started on the antimalarial medication.<br><br>The Administrator was made aware of these concerns on 5/6/2020 at 9:10 AM. | F 656 | | |
| F 770 SS=J | Laboratory Services<br>CFR(s): 483.50(a)(1)(i)<br><br>§483.50(a) Laboratory Services.<br>§483.50(a)(1) The facility must provide or obtain laboratory services to meet the needs of its residents. The facility is responsible for the quality and timeliness of the services.<br>(i) If the facility provides its own laboratory services, the services must meet the applicable requirements for laboratories specified in part 493 of this chapter.<br>This REQUIREMENT is not met as evidenced by:<br>Based on observation, review of resident medical records, and interview with facility staff, it was determined that the facility failed to properly prevent and/or contain COVID-19 when the facility failed to ensure an effective process was implemented to obtain and clinically respond to laboratory test results resulting in critical lab results neither obtained nor acted upon in a timely manner for Resident #4. The first COVID positive case in the building was 3/30/20 and the testing for Resident #4 was collected on 4/6/20 but obtaining results was delayed for 14 days. This failure resulted in the exposure of COVID-19 negative residents to a resident with a positive COVID-19 diagnosis for 14 days. This was | F 770 | | |



Exh. G16

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 5<br>evident for 1 of 12 residents reviewed during the focused infection control survey.<br><br>As a result of these findings, a state of immediate jeopardy was declared on 4/29/2020 at 4:36 PM. The facility submitted an acceptable plan of removal at 11:04 PM on 4/29/2020 and it was accepted by the state agency at 11:20 PM. After removal of the immediacy, the deficient practice remained for the potential for more than minimal harm and at a scope and severity of D.<br><br>The findings include:<br><br>According to the CDC in the guidance entitled "Preparing for COVID-19: Long Term Care Facilities, Nursing Homes" and last reviewed on 4/15/2020, "Given the congregate nature and resident population served (for example, older adults often with chronic underlying medical conditions), nursing home populations are at the highest risk of being affected by COVID-19. If infected with SARS-COV-2, the virus that causes COVID-19, residents are at increased risk of serious illness."<br><br>According to the Centers for Disease Control (CDC) coronavirus (COVID-19) is a severe respiratory disease that spreads person to person.<br><br>In the course of investigating Complaint #MD00153513, Resident #4's medical record was reviewed on 4/24/2020 at 11:33 AM. During the review, a nurse's note was found dated 4/6/2020 at 11:07 AM that stated, "Per [Resident's Primary Physician], resident was tested for COVID-19 today. Results pending." The note was written by the Director of Nursing. | F 770 | | |



Exh. C-17

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 6<br><br>During an observation of the 300 Unit in the facility on 4/21/2020 at 6:45 PM, one room was observed on the 300 hallway with a posted sign indicating that transmission-based precautions should be used by any staff person entering that room. Observation on the unit also revealed that no other rooms had the same signage. The room with signage was not Resident #4's room.<br><br>During this observation, the Administrator, the Director of Nursing (DON), and the Unit Manager of the 300 hallway were all present and indicated to the surveyors that there was only one resident who was being treated as COVID-19 positive on the 300 unit at that time, and identified them as the resident in the room with the isolation precaution sign. These staff did not indicate Resident #4 was positive at that time. It was further confirmed with the facility staff that the 300 hallway was designated for cohorting COVID-19 negative residents and that all the other residents on the unit had tested negative for COVID-19.<br><br>In interview on 4/23/2020 at 8:50 AM, Licensed Practical Nurse (LPN) #8 stated that she was currently working on the 400 unit, another unit designated for cohorting COVID-19 negative residents. LPN #8 stated that there was one resident on the 400 unit who was positive at that time. LPN #8 stated that additional precautions were taken when providing care to the positive residents on the negative units. These additional precautions included ensuring resident doors were closed, keeping a sign on the door indicating that the resident had an illness that required the use of transmission-based precautions when providing care, disposing of the isolation gown used with the resident prior to | F 770 | | |



Exh. C-18

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 7 | F 770 | | |

exiting the room, and sanitizing a facemask. She also stated that she was more judicious with the care she provided, entering only when necessary and being cautious of what she touches while in a positive room.

During a 4/23/2020 interview at 10:30 AM, with the Administrator and the Director of Nursing (DON), both indicated that the facility had decided to have all residents in the facility tested for COVID-19 on 4/6/2020.

During a 4/28/2020 interview at 1:03 PM, the DON stated that for some reason, Resident #4's results never came through to the facility. When the family wanted a copy of the test results, the results could not be found in the facility. The DON stated that she then contacted the laboratory and they were able to provide the test results. The DON stated that they received the test results on 4/20/2020.

Further review of Resident #4's medical record revealed no staff documented any results from the 4/6/2020 COVID-19 test that had been performed for Resident #4, until the DON's documentation was entered on 4/20/2020 at 1:30 PM indicating "Updated [resident's representative] on resident's COVID positive results."

During an interview on 4/29/2020 at 6:30 PM, the Administrator indicated that the process that had been in use was that test results were received by nursing staff, and those nursing staff were then responsible for reporting the results to their unit managers, the residents' attending physicians, and to the residents' responsible parties. There was no process or system in place to ensure that the facility received all results for all residents



Exh.
C-19

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 215106 | (X2) MULTIPLE CONSTRUCTION A. BUILDING ______ B. WING ______ | (X3) DATE SURVEY COMPLETED C 05/06/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 8<br>tested for COVID-19 on 4/6/2020.<br><br>During an interview on 5/1/2020 at 9:45 AM, the Administrator indicated that the results from testing all residents in the facility on 4/6/2020 began to be sent to the facility from testing centers as early as 4/8/2020 and up to 4/11/2020. The Administrator indicated that she would verify those dates, however, final confirmation of those dates was never provided to the survey team prior to the survey exit.<br><br>After the test results for Resident #4 were received, he/she was still not relocated from the COVID negative unit for four more days, and the risk for spread of the potentially fatal illness within a vulnerable population continued.<br><br>As a result of these findings, a state of immediate jeopardy was declared on 4/29/2020 at 4:36 PM and an IJ summary tool was provided to the facility at that time. The facility submitted the first draft of their plan to remove the immediacy at 6:25 PM and it was not accepted. The facility submitted the second draft at 8:26 PM and it was also not accepted. The third draft was submitted at 11:04 PM and it was accepted by the state agency at 11:20 PM. The provisions of the plan to remove the immediacy included the following:<br><br>-Immediate review of all residents tested for COVID-19 to ensure that no other resident's result was not entered into the medical record or communicated with the resident's responsible party.<br>-A master list will be maintained by the director of nursing that documents when a resident is tested for COVID-19 and when the result becomes available. | F 770 | | |



Exh. C-20

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 9<br>-The Director of Nursing and the infection Preventionist will be educated by the Administrator regarding this new process.<br>-The Unit Managers will be educated by the DON that, upon testing of a resident for COVID-19, they will communicate that test to the DON so that an entry may be made into the master list. All lab test results will go straight to the DON who will enter the result into the master list at that time and communicate the result to the Unit Managers.<br>-The DON will review the master list daily to monitor for delays in return of lab reports.<br>-The master list will be surrendered to the QAPI committee by the DON for review and adjustments as needed. This will happen monthly for three months.<br><br>The Immediate Jeopardy was removed on 5/1/2020 at 12:00 PM after confirmation of completion of the facility's plan of removal by surveyors who were on-site at the facility.<br><br>(Cross Reference F880) | F 770 | | |
| F 842 SS=D | Resident Records - Identifiable Information<br>CFR(s): 483.20(f)(5), 483.70(i)(1)-(5)<br><br>§483.20(f)(5) Resident-identifiable information.<br>(i) A facility may not release information that is resident-identifiable to the public.<br>(ii) The facility may release information that is resident-identifiable to an agent only in accordance with a contract under which the agent agrees not to use or disclose the information except to the extent the facility itself is permitted to do so.<br><br>§483.70(i) Medical records. | F 842 | | |



Exh. C-21

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 842 | Continued From page 10<br>§483.70(i)(1) In accordance with accepted professional standards and practices, the facility must maintain medical records on each resident that are-<br>(i) Complete;<br>(ii) Accurately documented;<br>(iii) Readily accessible; and<br>(iv) Systematically organized<br><br>§483.70(i)(2) The facility must keep confidential all information contained in the resident's records, regardless of the form or storage method of the records, except when release is-<br>(i) To the individual, or their resident representative where permitted by applicable law;<br>(ii) Required by Law;<br>(iii) For treatment, payment, or health care operations, as permitted by and in compliance with 45 CFR 164.506;<br>(iv) For public health activities, reporting of abuse, neglect, or domestic violence, health oversight activities, judicial and administrative proceedings, law enforcement purposes, organ donation purposes, research purposes, or to coroners, medical examiners, funeral directors, and to avert a serious threat to health or safety as permitted by and in compliance with 45 CFR 164.512.<br><br>§483.70(i)(3) The facility must safeguard medical record information against loss, destruction, or unauthorized use.<br><br>§483.70(i)(4) Medical records must be retained for-<br>(i) The period of time required by State law; or<br>(ii) Five years from the date of discharge when there is no requirement in State law; or<br>(iii) For a minor, 3 years after a resident reaches | F 842 | | |



Exh C-22

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 842 | Continued From page 11<br>legal age under State law.<br><br>§483.70(i)(5) The medical record must contain-<br>(i) Sufficient information to identify the resident;<br>(ii) A record of the resident's assessments;<br>(iii) The comprehensive plan of care and services provided;<br>(iv) The results of any preadmission screening and resident review evaluations and determinations conducted by the State;<br>(v) Physician's, nurse's, and other licensed professional's progress notes; and<br>(vi) Laboratory, radiology and other diagnostic services reports as required under §483.50.<br>This REQUIREMENT is not met as evidenced by:<br>Based on record review and staff interview it was determined that the facility failed to maintain a complete and accurate medical record for a resident who had a positive lab result for COVID-19. This was evident for 1 (#4) of 9 residents reviewed during this survey.<br><br>The findings include:<br><br>A medical record review for Resident #4 on 4/24/2020 at 11:24 AM, revealed a progress note dated 4/6/20, that resident had a lab test on 4/6/2020, and then on 4/20/2020 a note written by the Director of Nursing, documented a that residents family was updated on a positive lab results.<br><br>An interview with the Director of Nursing (DON) on 5/1/2020 at 11:33 AM revealed she received a phone call from Resident #4's family regarding lab results from 4/6/2020. The DON reported that when she conducted a medical record review she determined that the results from the lab test on | F 842 | | |



Exh.
C-23

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 842 | Continued From page 12<br>4/6/2020, had not been received. She followed up with the lab and found that the resident had a positive lab result.<br><br>Furthermore, the DON reported that there was no formal way to track that all labs obtained on 4/6/2020 had been received and clinically acted on.<br><br>The facility failed to ensure the record for Resident #4 was complete and accurate. Reviewed with the Administrator on 5/6/2020 at 9:00 AM.<br><br>(Cross Reference F770) | F 842 | | |
| F 880 SS=K | Infection Prevention & Control<br>CFR(s): 483.80(a)(1)(2)(4)(e)(f)<br><br>§483.80 Infection Control<br>The facility must establish and maintain an infection prevention and control program designed to provide a safe, sanitary and comfortable environment and to help prevent the development and transmission of communicable diseases and infections.<br><br>§483.80(a) Infection prevention and control program.<br>The facility must establish an infection prevention and control program (IPCP) that must include, at a minimum, the following elements:<br><br>§483.80(a)(1) A system for preventing, identifying, reporting, investigating, and controlling infections and communicable diseases for all residents, staff, volunteers, visitors, and other individuals providing services under a contractual arrangement based upon the facility assessment | F 880 | . | |



Exh. C-24

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 880 | Continued From page 13<br>conducted according to §483.70(e) and following accepted national standards;<br><br>§483.80(a)(2) Written standards, policies, and procedures for the program, which must include, but are not limited to:<br>(i) A system of surveillance designed to identify possible communicable diseases or infections before they can spread to other persons in the facility;<br>(ii) When and to whom possible incidents of communicable disease or infections should be reported;<br>(iii) Standard and transmission-based precautions to be followed to prevent spread of infections;<br>(iv)When and how isolation should be used for a resident; including but not limited to:<br>(A) The type and duration of the isolation, depending upon the infectious agent or organism involved, and<br>(B) A requirement that the isolation should be the least restrictive possible for the resident under the circumstances.<br>(v) The circumstances under which the facility must prohibit employees with a communicable disease or infected skin lesions from direct contact with residents or their food, if direct contact will transmit the disease; and<br>(vi)The hand hygiene procedures to be followed by staff involved in direct resident contact.<br><br>§483.80(a)(4) A system for recording incidents identified under the facility's IPCP and the corrective actions taken by the facility.<br><br>§483.80(e) Linens.<br>Personnel must handle, store, process, and transport linens so as to prevent the spread of | F 880 | | |



Exh.
C-25

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 880 | Continued From page 14<br>infection.<br><br>§483.80(f) Annual review.<br>The facility will conduct an annual review of its IPCP and update their program, as necessary.<br>This REQUIREMENT is not met as evidenced by:<br>Based on observation, record review, and staff interview, it was determined that the facility failed to properly prevent and/or contain COVID-19 evidenced by the failure to develop and implement an effective infection prevention and control program as evidenced by the following interrelated system failures. The facility failed to 1) implement appropriate isolation precautions timely; 2) keep infectious residents and non-infectious residents separated as much as possible during an infectious outbreak with a potentially fatal pathogen; 3) ensure that staff followed accepted standards of practice for hand hygiene during the declared health emergency; 4) ensure that staff utilized personal protective equipment in a manner the met minimum standards and minimized risk for infectious spread; and 5) develop and implement an effective system to both obtain and clinically respond timely to critical laboratory results.<br>These interrelated failures contributed to increased risk for harm and possible death to all residents, staff, and visitors during a declared health emergency.<br><br>As a result of these findings, an immediate jeopardy was declared on 5/1/2020 at 9:40 AM. The facility submitted a plan of removal at 6:27 PM and it was accepted by the State Agency at 6:45 PM. After removal of the immediacy, the deficiency remained at a potential for more than minimal harm and at a scope and severity of E. | F 880 | | |



Exh. C-26

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 880 | Continued From page 15 | F 880 | | |

The findings Include:

1.0 The facility failed to implement appropriate isolation protocols timely.

On 4/5/2020, the Maryland Secretary of Health issued a Directive and Order Regarding Nursing Home Matters Pursuant to Executive Order No. 20-04-05-01 I

The order stated:
"Staff Assignments: Nursing homes shall immediately implement, to the best of their ability, the following personnel practices:
- Establish a cohort of staff who are assigned to care for known or suspected COVID-19 residents.
- Designate a room, unit, or floor of the nursing home as a separate observation area where newly admitted and readmitted residents are kept for 14 days on contact and droplet precautions while being observed every shift for signs and symptoms of COVID-19.
- Designate a room, unit, or floor of the nursing home to care for residents with known or suspected COVID-19"
Multiple observations by the survey team revealed that areas where infectious residents were located were not sufficiently segregated in order to contain spread or further spread. For example:

1.1 Observation of Resident #1's room on 4/21/2020 at 7:10 PM, revealed that a precaution sign was hung at the doorway. Medical record review revealed that Resident #1 was symptomatic. Nonetheless, the door to the room was open, but the resident was not wearing a



Exh. C-27

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 880 | Continued From page 16<br>mask. No station had been set up for staff to safely put on and take off personal protective equipment.<br><br>1.2 Observation of Resident #2's room on 4/21/2020 at 7:11 PM, revealed that a precaution sign was hung at the doorway. The door to the room was open, but Resident #2 was not wearing a mask. No station had been set up for staff to safely put on and take off personal protective equipment.<br><br>1.3 Review of a medical record on 4/22/2020 at 4:45 PM, revealed that Resident #2 developed a fever on 4/14/2020 and then a cough and shortness of breath on 4/15/2020. Despite the known outbreak that was evolving in the building, the resident's room door was left open for further monitoring. On 4/16/2020, the resident was tested for COVID-19 and results obtained on 4/21/2020 were positive. From 4/14/2020 onset of symptoms, staff did not institute or follow precautions to minimize the risk for spread from a symptomatic resident.<br><br>2.0 The facility failed to keep infectious residents and non-infectious residents separated as much as possible during an infectious outbreak.<br><br>In the State Operations Manual, Appendix PP updated 11/22/2017, CMS defines "cohorting" as the practice of grouping residents infected or colonized with the same infectious agent together to confine their care to one area and prevent contact with susceptible residents (cohorting residents). CMS notes also that during outbreaks, healthcare staff may be assigned to a specific cohort of residents to further limit opportunities for transmission. | F 880 | | |



Exh C-28

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 215106 | (X2) MULTIPLE CONSTRUCTION A. BUILDING ____ B. WING ____ | (X3) DATE SURVEY COMPLETED C 05/06/2020 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER: SAGEPOINT NURSING AND REHABILITATION CENTER | | STREET ADDRESS, CITY, STATE, ZIP CODE: 10200 LAPLATA ROAD LAPLATA, MD 20646 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 880 | Continued From page 17<br><br>2.1 Upon entry into the facility on 4/21/2020 at 6:40 PM, the Nursing Home Administrator (NHA) and Director of Nursing (DON) were interviewed regarding the cohorting of residents. They reported that they had separate units for residents that were positive for COVID-19, and residents that were negative for COVID-19. However, observations during the survey revealed the cohorting was not consistently implemented. Observations of the 300 and 400 Units on 4/21/2020 at 6:45 PM, revealed that there were COVID-19 positive residents that were allowed to remain on the otherwise negative units.<br><br>2.2 In a 4/21/2020 interview with the nursing home Administrator at 7:00 PM, she indicated that the facility's 400 Unit had no residents that were COVID-19 positive. However, this was not accurate as there were two positive residents on this unit. In interview on 4/21/2020 at 7:06 PM, licensed practical nurse (LPN) #6 stated which two residents on the negative unit were positive.<br><br>2.3 In a 4/23/2020 interview at 8:25 AM, the Unit 400 Unit Manager indicated there was one COVID-19 positive resident on the unit. The Unit Manager indicated that the family did not want the resident moved. An interview with the DON on 4/23/2020 corroborated this. The DON stated that due to the family and resident refusals they were not moving the resident. Under the declared health emergency, CMS issued blanket waivers entitled "Emergency Declaration Blanket Waivers" to allow facilities to move residents to protect everyone in the care environment. In a 5/1/2020 interview with the DON, she indicated she was not aware of the waivers in place during | F 880 | | |



Exh. C-29

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
| --- | --- | --- | --- |
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
| --- | --- |
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
| --- | --- | --- | --- | --- |
| F 880 | Continued From page 18<br>the health emergency. However, the facility NHA was aware of the CMS blanket waivers due to the NHA submitting a request to utilize facilities closed adult medical daycare center space for cohorting to the State Agency on 4/7/2020.<br><br>2.4 On 4/23/2020, more than two weeks after the 4/6/2020 testing, the facility still had not developed a working plan on how to manage resident cohorting as residents who tested positive recovered and cleared to negative status. In a 4/23/2020 interview, the DON stated that they had not yet developed a plan, but were working on developing one.<br><br>3.0 The facility failed to ensure that staff followed accepted standards of practice for hand hygiene during the declared health emergency.<br><br>Surveyors made multiple observations where facility staff members were not performing hand hygiene as necessary. For example:<br><br>3.1 On 4/23/2020 at 8:40 AM, registered nurse (RN) #22 was observed going into a resident room on the 300 Unit with medications. RN #22 was observed kneeling on the floor while administering medications to the resident in bed A. RN #22 exited the resident room carrying a medication container and sat the container onto the medication cart. RN #22 then removed the gloves she was wearing and pulled out a new pair and applied them without washing her hands. RN #22 then sanitized the new gloves with hand sanitizer.<br><br>3.2 On 4/23/2020 at 8:45 AM, surveyors observed two staff picking up trays on the 300 unit. A facility Social Worker was observed entering a | F 880 | | |



Exh. C-30

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 880 | Continued From page 19<br>resident room, picking up a tray and placing it on the cart. The Social Worker then did not wash her hands, but sanitized the same gloves and then entered the next room. During an interview, she stated she was not told to conserve gloves and was not told to sanitize them between residents. Following a different process, geriatric nursing assistant (GNA) #18 reported that she changed gloves and sanitized her hands before going to the next resident to pick up the tray.<br><br>3.3 Surveyors observed LPN #12 touching contact surfaces without gloves on 4/21/2020 at 7:30 PM.<br><br>3.4 Surveyors observed a facility Floor Tech touching contact surfaces without gloves on 4/23/2020 at 9:00 AM.<br><br>3.5 During the 6:35 PM tour on 4/21/2020, the surveyors observed that on entry to the 200 unit (a unit with positive residents) neither the Administrator nor the Director of Nursing (DON) put on protective gowns and they were both observed in close proximity to staff working with residents and with residents that were in the main hallway.<br><br>3.6 During the 6:35 PM tour on 4/21/2020, the surveyors observed that on entry to the 100 Unit (a unit with positive residents) the Director of Nursing (DON) did not put on a protective gown and gloves.<br><br>4.0 The facility failed to ensure that staff utilized personal protective equipment in a manner that met minimum standards and minimized risk for infectious spread. | F 880 | | |



Exh. C-31

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 880 | Continued From page 20<br>4.1 During a 6:35 PM tour on 4/21/2020, the surveyors observed that on entry to the 200 unit (a unit with positive residents) neither the Administrator nor the Director of Nursing (DON) put on protective gowns and they were both observed in close proximity to staff working with residents and with residents that were in the main hallway.<br><br>4.2 During the 6:35 PM tour on 4/21/2020, the surveyors observed that on entry to the 100 Unit (a unit with positive residents), the Director of Nursing (DON) did not put on a protective gown and gloves.<br><br>4.3 On 4/21/2020 at 7:35 PM, licensed practical nurse (LPN) #12 was observed opening a door when exiting a room on a COVID positive unit, closed the door, and then went up the hall to the nurses station without changing gloves or sanitizing her hands.<br><br>4.4 On 4/21/2020 at 7:15 PM, the facility DON was observed having dropped a bottle of hand sanitizer on the floor, she picked it up off the floor and placed it back in her pocket. She was not observed to perform any hand hygiene or sanitation at that time.<br><br>4.5 On 4/23/2020 at 9:00 AM, geriatric nursing assistant (GNA) #20 was observed in the care unit wearing a protective gown that was not tied and closed in the back, increasing risk for spread of the infectious agent.<br><br>5.0 The facility failed to develop and implement an effective system to both obtain and clinically respond timely to critical laboratory results. | F 880 | | |



Exh. C-32

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 880 | Continued From page 21<br>During investigation of Complaint #MD00153513, Resident #4's medical record was reviewed on 4/24/20 at 11:33 AM. During the review, a nurse's note was found dated 4/6/20 at 11:07 AM that stated, "Per [Resident's Primary Physician], resident was tested for COVID-19 today. Results pending." The note was written by the DON.<br><br>During an observation of the 300 Unit in the facility on 4/21/2020 at 6:45 PM, one room was observed on the 300 hallway with a posted sign indicating that transmission based precautions should be used by any staff person entering that room. Observation on the unit also revealed that no other rooms had the same signage. The room with signage was not Resident #4's room.<br><br>During this observation, the Administrator, the DON, and the Unit Manager of the 300 hallway were all present and indicated to the surveyors that there was only one resident who was being treated as COVID-19 positive on the 300 unit at that time, and identified them as the resident in the room with the isolation precaution sign. These staff did not indicate Resident #4 was positive at that time. It was further confirmed with the facility staff that the 300 hallway was designated for cohorting COVID-19 negative residents and that all the other residents on the unit had tested negative for COVID-19.<br><br>In interview on 4/23/2020 at 8:50 AM, Licensed Practical Nurse (LPN) #8 stated that she was currently working on the 400 unit, another unit designated for cohorting COVID-19 negative residents. LPN #8 stated that there was one resident on the 400 unit who was positive at that time. LPN #8 stated that additional precautions were taken when providing care to the positive | F 880 | | |



Exh. C-33

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 880 | Continued From page 22<br>residents on the negative units. These additional precautions included ensuring resident doors were closed, keeping a sign on the door indicating that the resident has an illness that requires the use of transmission-based precautions when providing care, disposing of the isolation gown used with the resident prior to exiting the room, and sanitizing a facemask. She also stated that she was more judicious with the care she provided, entering only when necessary and being cautious of what she touches while in a positive room.<br><br>During a 4/23/2020 interview at 10:30 AM with the Administrator and the Director of Nursing (DON), both indicated that the facility had decided to have all residents in the facility tested for COVID-19 on 4/6/2020.<br><br>During a 4/28/2020 interview at 1:03 PM, the DON stated that for some reason, Resident #4's results never came through and when the family wanted a copy of the test results, they couldn't be found. The DON stated that she then contacted the laboratory and they were able to provide the test results. The DON stated that they received the test results on 4/20. Corroborating this concern, no staff documented any results from the 4/6/2020 COVID-19 test that had been performed for Resident #4, until the DON documentation entered on 4/20/2020 at 1:30 PM indicating "Updated [resident's representative] on resident's COVID positive results."<br><br>During an interview on 4/29/2020 at 6:30 PM, the Administrator indicated that the process that had been in use was that test results were received by nursing staff, and those nursing staff were then responsible for reporting the results to their unit | F 880 | | |



Exh. C-34

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 880 | Continued From page 23<br>managers, the residents' attending physicians, and to residents' responsible parties. There was no process or system in place to ensure that the facility received all results for all residents tested for COVID-19 on 4/6/2020.<br><br>During an interview on 5/1/2020 at 9:45 AM, the Administrator indicated that the results from testing all residents in the facility on 4/6/2020 began to be sent to the facility from testing centers as early as 4/8/2020 and up to 4/11/2020. The Administrator indicated that she would verify those dates, however final confirmation of those dates was never provided to the survey team prior to the survey exit.<br><br>After the test results for Resident #4 were received, he/she was still not relocated from the COVID negative unit for four more days, and the risk for spread of the potentially fatal illness in the vulnerable population continued.<br><br>As a result of these findings, a state of immediate jeopardy was declared on 5/1/2020 at 9:40 AM and an IJ summary tool was provided to the facility at that time. The facility submitted the first draft of their plan to remove the immediacy at 1:00 PM and it was not accepted. The facility submitted 3 additional drafts that were not accepted. The fifth draft was submitted at 6:27 PM and it was accepted by the state agency at 6:45 PM. The provisions of the plan to remove the immediacy included the following:<br><br>1. Any resident noted to be on the COVID negative unit that has not met criteria for symptom based recovery would be moved to a COVID positive neighborhood. The facility has just completed universal testing again, now per | F 880 | | |



Exh. C-35

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 880 | Continued From page 24<br>Governor Hogan's directives, the testing was completed yesterday 05/01/2020. The facility has maintained CDC guidance and will move residents to appropriate neighborhoods based on the latest universal testing results. For individuals under investigation (PUI) residents' doors will remain closed and signage placed outside the room. A resident has been identified and has been moved from a private isolation room to a COVID neighborhood.<br><br>2. A review of current residents' diagnosed as positive for severe acute respiratory syndrome COVID-19 will be completed and compared with the daily room and board census as completed by the Director of Nursing. Any residents noted as necessary for a room change to a COVID positive neighborhood will be moved. Room changes regarding necessary moves is communicated via email and or verbally from the Director of Nursing to Unit Managers. If the facility cannot move a COVID positive patient to a COVID positive neighborhood for lack of bed availability the facility will work with local agencies to determine an alternate location.<br><br>3. The facility will review the state required line listing daily against the facility census for assurance room placements are per CDC guidance, this will be completed by the Director of Nursing. The facility will re-educate staff on the process of proper precautions and signage for PUIs hand sanitizing gloves and washing hands in between gloves changes and donning and doffing PPE, this will be completed by the Infection Preventionist. Staff noted in the statement of deficiency will be given additional education beyond the standard process to assist them in understanding the importance of following | F 880 | | |



Exh C-36

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 05/08/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 215106 | (X2) MULTIPLE CONSTRUCTION A. BUILDING ______ B. WING ______ | (X3) DATE SURVEY COMPLETED C 05/06/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 880 | Continued From page 25<br>the CDC guidance. Audits will be completed by the Infection Preventionist daily and during off shifts. In addition the Unit Managers will be tasked with completing additional audits in support of the infection preventionist.<br><br>4. This line listing and bed census review will be sent to the facility Medical Director weekly for confirmation and review. These weekly and daily reviews will then be shared with the QAPIC. Facility will complete routine monitoring of staff PPE practices, donning and doffing per CDC adherence. The aforementioned Infection Preventionist audits will equally be surrendered to QAPIC. The facility will review the monitoring of PPE, hand washing, donning and doffing techniques for any additional education necessary for staff and complete QAPIC reviews. This will continue to inform and allow the QAPIC to make any necessary recommendations.<br><br>The Immediate Jeopardy was removed on 5/6/2020 at 9:10 AM after confirmation of the completion of the facility's plan of removal by the surveyor who was on site at the facility. | F 880 | | |



Exh.
C-37

2nd Version (6/2020)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 656 | Continued From page 4<br><br>An interview with the Director of Nursing (DON) on 5/1/2020 at 11:50 AM, revealed that the nursing staff were not initiating monitoring for toxic effects for residents who had been started on the antimalarial medication.<br><br>The Administrator was made aware of these concerns on 5/6/2020 at 9:10 AM. | F 656 | | |
| F 770 SS=J | Laboratory Services<br>CFR(s): 483.50(a)(1)(i)<br><br>§483.50(a) Laboratory Services.<br>§483.50(a)(1) The facility must provide or obtain laboratory services to meet the needs of its residents. The facility is responsible for the quality and timeliness of the services.<br>(i) If the facility provides its own laboratory services, the services must meet the applicable requirements for laboratories specified in part 493 of this chapter.<br>This REQUIREMENT is not met as evidenced by:<br>Based on observation, review of resident medical records, and interview with facility staff, it was determined that the facility failed to properly prevent and/or contain COVID-19 when the facility failed to ensure an effective process was implemented to obtain and clinically respond to laboratory test results resulting in critical lab results neither obtained nor acted upon in a timely manner for Resident #4. The first COVID positive case in the building was 3/30/20 and the testing for Resident #4 was collected on 4/6/20 but obtaining results was delayed for 14 days. This failure resulted in the exposure of COVID-19 negative residents to a resident with a positive COVID-19 diagnosis for 14 days. This was | F 770 | | |



Exh. C-38

Z/N/C1 version 6/2020

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 5 evident for 1 of 12 residents reviewed during the focused infection control survey.<br><br>As a result of these findings, a state of immediate jeopardy was declared on 4/29/2020 at 4:36 PM. The facility submitted an acceptable plan of removal at 11:04 PM on 4/29/2020 and it was accepted by the state agency at 11:20 PM. After removal of the immediacy, the deficient practice remained for the potential for more than minimal harm and at a scope and severity of D.<br><br>The findings include:<br><br>According to the CDC in the guidance entitled "Preparing for COVID-19: Long Term Care Facilities, Nursing Homes" and last reviewed on 4/15/2020, "Given the congregate nature and resident population served (for example, older adults often with chronic underlying medical conditions), nursing home populations are at the highest risk of being affected by COVID-19. If infected with SARS-COV-2, the virus that causes COVID-19, residents are at increased risk of serious illness."<br><br>According to the Centers for Disease Control (CDC) coronavirus (COVID-19) is a severe respiratory disease that spreads person to person.<br><br>In the course of investigating Complaint #MD00153513, Resident #4's medical record was reviewed on 4/24/2020 at 11:33 AM. During the review, a nurse's note was found dated 4/6/2020 at 11:07 AM that stated, "Per [Resident's Primary Physician], resident was tested for COVID-19 today. Results pending." The note was written by the Director of Nursing. | F 770 | | 7-5-2020 |



Exh. C-39

2nd version 6/2020

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 6 | F 770 | | |

During an observation of the 300 Unit in the facility on 4/21/2020 at 6:45 PM, one room was observed on the 300 hallway with a posted sign indicating that transmission-based precautions should be used by any staff person entering that room. Observation on the unit also revealed that no other rooms had the same signage. The room with signage was not Resident #4's room.

During this observation, the Administrator, the Director of Nursing (DON), and the Unit Manager of the 300 hallway were all present and indicated to the surveyors that there was only one resident who was being treated as COVID-19 positive on the 300 unit at that time, and identified them as the resident in the room with the isolation precaution sign. These staff did not indicate Resident #4 was positive at that time. It was further confirmed with the facility staff that the 300 hallway was designated for cohorting COVID-19 negative residents and that all the other residents on the unit had tested negative for COVID-19.

In interview on 4/23/2020 at 8:50 AM, Licensed Practical Nurse (LPN) #8 stated that she was currently working on the 400 unit, another unit designated for cohorting COVID-19 negative residents. LPN #8 stated that there was one resident on the 400 unit who was positive at that time. LPN #8 stated that additional precautions were taken when providing care to the positive residents on the negative units. These additional precautions included ensuring resident doors were closed, keeping a sign on the door indicating that the resident had an illness that required the use of transmission-based precautions when providing care, disposing of the isolation gown used with the resident prior to



Exh. C-40

2nd Version 6/2020

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 7 | F 770 | | |

exiting the room, and sanitizing a facemask. She also stated that she was more judicious with the care she provided, entering only when necessary and being cautious of what she touches while in a positive room.

During a 4/23/2020 interview at 10:30 AM, with the Administrator and the Director of Nursing (DON), both indicated that the facility had decided to have all residents in the facility tested for COVID-19 on 4/6/2020.

During a 4/28/2020 interview at 1:03 PM, the DON stated that for some reason, Resident #4's results never came through to the facility. When the family wanted a copy of the test results, the results could not be found in the facility. The DON stated that she then contacted the laboratory and they were able to provide the test results. The DON stated that they received the test results on 4/20/2020.

Further review of Resident #4's medical record revealed no staff documented any results from the 4/6/2020 COVID-19 test that had been performed for Resident #4, until the DON's documentation was entered on 4/20/2020 at 1:30 PM indicating "Updated [resident's representative] on resident's COVID positive results."

During an interview on 4/29/2020 at 6:30 PM, the Administrator indicated that the process that had been in use was that test results were received by nursing staff, and those nursing staff were then responsible for reporting the results to their unit managers, the residents' attending physicians, and to the residents' responsible parties. There was no process or system in place to ensure that the facility received all results for all residents



Exh. C-41

2nd version 6/2020

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 215106 | (X2) MULTIPLE CONSTRUCTION A. BUILDING ______ B. WING ______ | (X3) DATE SURVEY COMPLETED C 05/06/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 8<br>tested for COVID-19 on 4/6/2020.<br><br>During an interview on 5/1/2020 at 9:45 AM, the Administrator indicated that the results from testing all residents in the facility on 4/6/2020 began to be sent to the facility from testing centers as early as 4/8/2020 and up to 4/11/2020. The Administrator indicated that she would verify those dates, however, final confirmation of those dates was never provided to the survey team prior to the survey exit.<br><br>After the test results for Resident #4 were received, he/she was still not relocated from the COVID negative unit for four more days, and the risk for spread of the potentially fatal illness within a vulnerable population continued.<br><br>As a result of these findings, a state of immediate jeopardy was declared on 4/29/2020 at 4:36 PM and an IJ summary tool was provided to the facility at that time. The facility submitted the first draft of their plan to remove the immediacy at 6:25 PM and it was not accepted. The facility submitted the second draft at 8:26 PM and it was also not accepted. The third draft was submitted at 11:04 PM and it was accepted by the state agency at 11:20 PM. The provisions of the plan to remove the immediacy included the following:<br><br>-Immediate review of all residents tested for COVID-19 to ensure that no other resident's result was not entered into the medical record or communicated with the resident's responsible party.<br>-A master list will be maintained by the director of nursing that documents when a resident is tested for COVID-19 and when the result becomes available. | F 770 | | |



Exh. C-42

2nd Version 6/2020

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 9<br>-The Director of Nursing and the infection Preventionist will be educated by the Administrator regarding this new process.<br>-The Unit Managers will be educated by the DON that, upon testing of a resident for COVID-19, they will communicate that test to the DON so that an entry may be made into the master list. All lab test results will go straight to the DON who will enter the result into the master list at that time and communicate the result to the Unit Managers.<br>-The DON will review the master list daily to monitor for delays in return of lab reports.<br>-The master list will be surrendered to the QAPI committee by the DON for review and adjustments as needed. This will happen monthly for three months.<br><br>The Immediate Jeopardy was removed on 5/1/2020 at 12:00 PM after confirmation of completion of the facility's plan of removal by surveyors who were on-site at the facility.<br><br>(Cross Reference F880) | F 770 | | |
| F 835 SS=F | Administration<br>CFR(s): 483.70 | F 835 | | |
| | §483.70 Administration.<br>A facility must be administered in a manner that enables it to use its resources effectively and efficiently to attain or maintain the highest practicable physical, mental, and psychosocial well-being of each resident.<br>This REQUIREMENT is not met as evidenced by:<br>Based on observation, interview with facility staff, and review of facility policy and residents' records, it was determined that the facility was | | | |



Exh. C-43

2nd Version 6/2020

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 835 | Continued From page 10<br>not managed in a manner that effectively utilized its resources to maintain the highest practicable well-being of each resident as evidenced by the failure to manage the facility's response to, and minimize the transmission of, the COVID-19 virus during the COVID-19 pandemic. Specifically, the administration failed to ensure the facility was in compliance as evidenced by the failures to: 1) obtain COVID-19 lab results timely for residents, 2) properly cohort residents based on COVID-19 status, 3) educate, monitor, and evaluate proper use of personal protective equipment (PPE). As a result of this noncompliance, the facility had 92 residents positive for COVID-19 - 29 of whom had died - at the time that the survey was begun.<br><br>The findings include:<br><br>1. During an interview that took place telephonically on 4/28/20 at 1:00 PM with the Director of Nursing (DON), the DON stated that she was responsible for ensuring that all residents were tested for COVID-19 when the facility performed testing on all residents on 4/6/20. The DON confirmed that Resident #4 was tested on 4/6/20 by nasal swab for COVID-19 but that results were not available for the test until 4/20/20. The DON was unable to explain why results from the laboratory were not available in the medical record and could not demonstrate any evidence that staff had attempted to obtain the results from the testing laboratory until 4/20/20. The DON stated that she obtained the laboratory results for Resident #4 from the testing laboratory on 4/20/20.<br><br>Resident #4's medical record was reviewed on 4/29/20 at 10:00 AM. The review confirmed the statements of the DON that Resident #4 had | F 835 | | |



Exh. C-44

2nd Version 6/2020

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 835 | Continued From page 11<br>been tested for COVID-19 on 4/6/20 but that no test results were available in the medical record until 4/20/20.<br><br>The facility's COVID-19-focused line listing was reviewed on 4/29/20 at 11:00 AM. The review revealed that the line listing contained two columns related to COVID testing and status: "COVID-19 [positive or negative]" and "Date of COVID-19 test." Resident #4's entry stated "[positive]" and "[testing date of] 4/6." No column indicated when test results were received by the facility.<br><br>During a follow up interview with the DON that took place on 5/1/20 at 11:33 AM, the DON stated that she had received a phone call from one of Resident #4's family members on 4/20/20. She reported that, Resident #4's family member requested the resident's COVID-19 test results from testing done on 4/6/20. However, when the DON reviewed the medical record, she determined that the resident did not have any test results for that testing recorded anywhere in the resident's medical record. The DON went on to explain that she followed up with the testing laboratory the same day on 4/20/20 and received results indicating that Resident #4 had been COVID-19 positive since 4/6/20 - 14 days prior. The DON further stated that results for other residents arrived back to the facility as soon as 4/9/20.<br><br>During an interview with the Administrator that took place on 4/30/20 at 10:25 PM, the Administrator stated that there was no master list of residents who were being tested for COVID-19.<br><br>2. During an Interview that took place on 4/21/20 | F 835 | | |



Exh. C-45

2nd Version 6/2020

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 835 | Continued From page 12<br>at 6:50 PM, the Administrator and the Director of Nursing (DON) indicated that there was one positive resident (Resident #3) residing on the 300 Unit, a unit designated for COVID-19 negative residents. When asked if there was room on the positive units for additional residents, they indicated that there was. Concurrent observation of the 300 Unit revealed that only Resident #3's room had a sign posted on the door indicating that the resident was on droplet precautions. There was no donning station with personal protective equipment (PPE) supplies outside the room.<br><br>During an interview that took place on 4/21/20 at 7:05 PM, the Unit Manager of the 400 Unit stated that there were no COVID-19 positive residents on the 400 Unit. The Administrator and Director of Nursing (DON) were present during the interview and the DON confirmed that there were no positive residents on the unit<br><br>Licensed Practical Nurse (LPN) #24 was interviewed directly afterward at 7:06 PM on 4/21/20. LPN #24 stated that she was the nurse for the 400 Unit that evening and was caring for 17 patients. When asked if there were any COVID-19 positive residents on the unit, she reported that there were two: Residents #1 and #2. She outlined her process for changing her isolation gown when leaving a positive resident's room. When asked if she had worked exclusively on negative units, she responded that she worked on the 200 Unit, which was being maintained as a COVID-19 positive unit as recently as 4/15/20. And when asked what steps she took to care for residents under investigation for COVID-19 and awaiting test results, she stated, "I will take extra precautions with them." | F 835 | | |



Exh. C-46

2nd Version 6/2020

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 835 | Continued From page 13<br><br>During an observation of the 400 Unit that took place on 4/21/20 at 7:10 PM, Resident #1's door was noted to be open. The resident was seen resting in his/her bed, and the resident was noted not to be wearing a mask. There was no donning station with personal protective equipment (PPE) supplies outside the room.<br><br>Later during the same observation at 7:11 PM on 4/21/20, Resident #2's door was noted to be open and the resident was also seen in bed not wearing a mask. A staff member was actively placing a droplet precaution sign on the door at the time of the observation. The staff member walked away without closing the resident's door.<br><br>During an interview with the Director of Nursing that took place on 4/23/20 at 9:45 AM, the Director of Nursing indicated that residents who tested positive for COVID-19 were allowed to remain on negative units if they or their responsible parties refused to allow them to be transferred to a positive unit.<br><br>The Centers for Medicare & Medicaid Services document entitled, "COVID-19 Emergency Declaration Blanket Waivers for Health Care Providers" with a retroactive effective date of 3/1/20 was reviewed on 4/30/20 at 12:00 PM. The review revealed that CMS had waived the requirements in 42 CFR 483.10(e)(5), (6), and (7) "solely for the purposes of grouping or co-horting residents with respiratory illness symptoms and/or residents with a confirmed diagnosis of COVID-19, and separating them from residents who are asymptomatic or tested negative for COVID-19." This action waives the facility's requirements to, "provide notice and rationale for | F 835 | | |



Exh. C-47

2nd Version 6/2020

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 835 | Continued From page 14<br>changing a resident's room and to provide for a resident's refusal of a transfer to another room in the facility."<br><br>It was later revealed in an interview with the DON on 4/28/20 at 1:00 PM that there was an additional positive resident on the 300 Unit on the night that the above interview took place. During this second interview, the DON confirmed that Resident #4, who was residing on the 300 Unit, was known to have tested positive for COVID-19 as of 4/20/20 and that it was the DON herself that received those results. Nevertheless, the survey team had not been informed of this positive resident on the night of 4/21/20 and there was no sign indicating that Resident #4 was on droplet precautions at that time.<br><br>During an interview with the DON on 5/1/20 at 11:33 AM, the DON reported that she was not aware of the above CMS waivers. When asked who was responsible in the facility for receiving, reviewing, and disseminating guidance from the CDC, CMS, and the state health department, she responded by stating that she was the designated person. She also said that doing so was "difficult" and "a group effort," and reported that the Administrator and the Chief Nurse for the Assisted Living department helped to complete this task.<br><br>3. a. During an observation of the facility that took place on 4/21/20 at 6:30 PM, the Administrator and Director of Nursing (DON) were noted to wear the same pair of gloves while entering and exiting both positive and negative units. When entering and exiting different units, the DON obtained alcohol-based hand sanitizer from a | F 835 | | |



Exh. C-48

2nd Version 6/2020

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 835 | Continued From page 15<br>pocket and would dispense the product directly onto her gloves and the gloves of anyone else entering and exiting the unit. When asked what guidance this practice of sanitizing but not changing gloves was based on, the DON stated that it was recommended to them by a physician from "Health and Human Services" who had visited the facility as part of a team to advise the facility on their infection control practices.<br><br>During an observation that took place on 4/23/20 at 8:40 AM, registered nurse (RN) #22 was seen entering room 302 with medications and then kneeling on the floor next to the bed to administer them to the resident in bed A. She then came out of the room carrying a medication container, set it on the medication cart, and then removed her gloves and donned a new pair from her pocket. Then she applied alcohol-based hand sanitizer to the new pair of gloves. She was interviewed at that time and confirmed this process.<br><br>Later at 8:45 AM on 4/23/20, Social Worker (SW) #13 and Geriatric Nursing Assistant (GNA) #18 were seen picking up trays on the 300 Unit. SW #13 took a tray from room 318, placed it on the tray cart, and then sanitized the gloves that she was wearing. SW #13 was interviewed and stated that she was not told to conserve gloves and was not told to sanitize them between residents. GNA #18 was interviewed at the same time and stated that she changed her gloves between residents, sanitizing her hands before putting on the new pair.<br><br>During a follow up interview with the DON that took place on 4/23/20 at 9:10 AM, the DON indicated that the practice of sanitizing gloves had not yet become part of the facility's policy, nor had | F 835 | | 7-5-2020 |



Exh. C-49

2nd Version 6/2020

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
| --- | --- | --- | --- |
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
| --- | --- |
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
| --- | --- | --- | --- | --- |
| F 835 | Continued From page 16<br>any staff received formal training on the practice. The DON also stated that the facility had ample supplies of gloves.<br><br>Available guidance from CMS, the CDC, and the state health department were reviewed throughout the survey. No guidance could be found that recommended the reuse and sanitization of gloves by health care professionals.<br><br>b. During an observation of the 200 Unit (designated COVID-19 positive) that took place on 4/21/20 at 7:45 PM, the Administrator and Director of Nursing (DON) were noted to enter the unit without donning any additional PPE. While on the unit, the Administrator and DON were noted to be in close proximity (within 5 feet) of staff who were going in and out of the hallway with wandering COVID-19 positive residents, as well as other staff who were providing direct patient care to COVID-19 positive residents.<br><br>During an observation of the 100 Unit (designated COVID-19 positive) that took place later at 7:50 PM, the DON was noted to again to not change any PPE, including her gloves.<br><br>During an observation of the 200 Unit that took place on 4/23/20 at 9:00 AM, Floor Technician #14 was observed touching contact surfaces without gloves. This was observed in the presence of the Administrator and the Chief Nurse of the Assisted Living Department. Neither staff intervened to address the employees errors of PPE usage.<br><br>c. Audits of the facility staff's use of personal protective equipment (PPE) was requested from | F 835 | | 7-5-2020 |



Exh. C-50

2nd Version 6/2020

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 835 | Continued From page 17<br>the Director of Nursing on 4/23/20 at 9:00 AM, from the Administrator on 5/1/20 at 9:40 AM, and from the Infection Preventionist on 5/1/20 at 10:30 AM. Audits were described as anything that demonstrated that administrative or managerial staff actively observed and reviewed the way front-line staff were utilizing PPE to ensure that staff were following the procedures they were trained to follow. No evidence of audits were provided to the survey team as of the end of the survey.<br><br>Cross reference: F770, F880 | F 835 | | |
| F 842 SS=D | Resident Records - Identifiable Information<br>CFR(s): 483.20(f)(5), 483.70(i)(1)-(5)<br><br>§483.20(f)(5) Resident-identifiable information.<br>(i) A facility may not release information that is resident-identifiable to the public.<br>(ii) The facility may release information that is resident-identifiable to an agent only in accordance with a contract under which the agent agrees not to use or disclose the information except to the extent the facility itself is permitted to do so.<br><br>~~§483.70(i) Medical records.~~<br>§483.70(i)(1) In accordance with accepted professional standards and practices, the facility must maintain medical records on each resident that are-<br>(i) Complete;<br>(ii) Accurately documented;<br>(iii) Readily accessible; and<br>(iv) Systematically organized<br><br>§483.70(i)(2) The facility must keep confidential all information contained in the resident's records, | F 842 | | 7-5-2020 |



Exh. C-51

2nd version 6/2020

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 842 | Continued From page 18<br>regardless of the form or storage method of the records, except when release is-<br>(i) To the individual, or their resident representative where permitted by applicable law;<br>(ii) Required by Law;<br>(iii) For treatment, payment, or health care operations, as permitted by and in compliance with 45 CFR 164.506;<br>(iv) For public health activities, reporting of abuse, neglect, or domestic violence, health oversight activities, judicial and administrative proceedings, law enforcement purposes, organ donation purposes, research purposes, or to coroners, medical examiners, funeral directors, and to avert a serious threat to health or safety as permitted by and in compliance with 45 CFR 164.512.<br><br>§483.70(i)(3) The facility must safeguard medical record information against loss, destruction, or unauthorized use.<br><br>§483.70(i)(4) Medical records must be retained for-<br>(i) The period of time required by State law; or<br>(ii) Five years from the date of discharge when there is no requirement in State law; or<br>(iii) For a minor, 3 years after a resident reaches legal age under State law.<br><br>§483.70(i)(5) The medical record must contain-<br>(i) Sufficient information to identify the resident;<br>(ii) A record of the resident's assessments;<br>(iii) The comprehensive plan of care and services provided;<br>(iv) The results of any preadmission screening and resident review evaluations and determinations conducted by the State;<br>(v) Physician's, nurse's, and other licensed | F 842 | | |



Exh. C-52

2nd Version 6/2020

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
| --- | --- | --- | --- |
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
| --- | --- |
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
| --- | --- | --- | --- | --- |
| F 842 | Continued From page 19<br>professional's progress notes; and<br>(vi) Laboratory, radiology and other diagnostic services reports as required under §483.50.<br>This REQUIREMENT is not met as evidenced by:<br>Based on record review and staff interview it was determined that the facility failed to maintain a complete and accurate medical record for a resident who had a positive lab result for COVID-19. This was evident for 1 (#4) of 9 residents reviewed during this survey.<br><br>The findings include:<br><br>A medical record review for Resident #4 on 4/24/2020 at 11:24 AM, revealed a progress note dated 4/6/20, that resident had a lab test on 4/6/2020, and then on 4/20/2020 a note written by the Director of Nursing, documented a that residents family was updated on a positive lab results.<br><br>An interview with the Director of Nursing (DON) on 5/1/2020 at 11:33 AM revealed she received a phone call from Resident #4's family regarding lab results from 4/6/2020. The DON reported that when she conducted a medical record review she determined that the results from the lab test on 4/6/2020, had not been received. She followed up with the lab and found that the resident had a positive lab result.<br><br>Furthermore, the DON reported that there was no formal way to track that all labs obtained on 4/6/2020 had been received and clinically acted on.<br><br>The facility failed to ensure the record for Resident #4 was complete and accurate. | F 842 | | |



Exh
C-53

2nd Version 6/2020

PRINTED: 06/02/2020
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LAPLATA ROAD LAPLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 842 | Continued From page 20<br>Reviewed with the Administrator on 5/6/2020 at 9:00 AM.<br><br>(Cross Reference F770) | F 842 | | |
| F 880<br>SS=L | Infection Prevention & Control<br>CFR(s): 483.80(a)(1)(2)(4)(e)(f)<br><br>§483.80 Infection Control<br>The facility must establish and maintain an infection prevention and control program designed to provide a safe, sanitary and comfortable environment and to help prevent the development and transmission of communicable diseases and infections.<br><br>§483.80(a) Infection prevention and control program.<br>The facility must establish an infection prevention and control program (IPCP) that must include, at a minimum, the following elements:<br><br>§483.80(a)(1) A system for preventing, identifying, reporting, investigating, and controlling infections and communicable diseases for all residents, staff, volunteers, visitors, and other individuals providing services under a contractual arrangement based upon the facility assessment conducted according to §483.70(e) and following accepted national standards;<br><br>§483.80(a)(2) Written standards, policies, and procedures for the program, which must include, but are not limited to:<br>(i) A system of surveillance designed to identify possible communicable diseases or infections before they can spread to other persons in the facility;<br>(ii) When and to whom possible incidents of | F 880 | | |



Exh. C-54

 [redacted]

Maryland
DEPARTMENT OF HEALTH

*Larry Hogan, Governor · Boyd K. Rutherford, Lt. Governor · Robert R. Neall, Secretary*

**Office of Health Care Quality**
**7120 Samuel Morse Dr. Second Floor**
**Columbia, MD 21046**

July 10, 2020

Ms. Andrea Dwyer, Administrator
Sagepoint Nursing and Rehabilitation Center
10200 La Plata Road
La Plata, MD 20646

**PROVIDER # 215106**
**RE: NOTICE OF RESULTS OF INFORMAL DISPUTE RESOLUTION**

Dear Ms. Dwyer:

In accordance with Federal regulation 42 CFR 488.331, you requested informal dispute resolution to address certain deficiencies cited during the survey completed at your facility on May 6, 2020. On June 3, 2020, we met with you and members of team staff via telephone conference to conduct the informal dispute resolution process.

During our meeting we discussed those issues which you had identified in your letter. After full consideration of the information which you and your staff provided, we have made the following decisions with respect to the issue(s) you raised:

1. F656 and COMAR 10.07.02.60 D, regarding the facility's failure to develop and implement a comprehensive care plan related to medications, remains unchanged as the facility did not provide any additional evidence to indicate the deficiency is incorrect.

2. F770 and COMAR 10.07.02.28, regarding the facility's failure to ensure an effective process was in place to obtain lab test results which resulted in critical lab results being neither obtained or acted, remains with changes to the text. The original determination of the scope and severity of the deficiency remains at a S/S of J.

3. F835 and COMAR 10.07.02.09 A-B, regarding the facility Administration's failure to manage the facility effectively and minimize the transmission of COVID, remains with changes to the text.

EXh C-55

3RD VERSION

Ms. Andrea Dwyer, Administrator
Sagepoint Nursing and Rehabilitation Center
July 10, 2020

4. F842 and COMAR 10.07.02.32 A, regarding the facility's failure to maintain a complete and accurate medical record, has been removed.

5. F880 and COMAR 10.07.02.33 A, regarding the facility's failure to properly prevent and contain COVID-19 evidenced by failure to implement and develop an effective infection control program, remains with changes to the text. The original determination of the scope and severity of the deficiency remains at a S/S of L.

In addition, please note that the previously issued State civil money penalty(s) remain unchanged for all cited deficiencies, as updated by the Statement(s) of Deficiency enclosed with this letter.

Please reenter your facility's plan of correction including compliance dates onto this revised statement of deficiency along with a written credible allegation of compliance **(i.e. attached lists of attendance at provided training and/or revised statements of policies/ procedures and/or staffing patterns with revisions or additions)**, sign and return to this Office within 10 days of the receipt of this letter. Upon its return, this revised, completed and signed statement of deficiency will become the document released to the public.

If you have any questions, please contact, Jacqueline Cooper, Survey Coordinator at 410-402-8145.

Sincerely yours,

Patricia Tomsko Nay

Patricia Tomsko Nay, M.D.
Executive Director
Office of Health Care Quality

cc: Paul Ballard
Stevanne Ellis
File II

Exh. C-56

3rd Version

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 07/13/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215106 | A. BUILDING ______ B. WING ______ | C 05/08/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10230 LA PLATA ROAD LA PLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 656 | Continued From page 4<br><br>An interview with Licensed Practice Nurse (LPN) #23 on 5/1/2020 at 11:45 AM, revealed that staff had initiated monitoring of COVID-19 symptoms for residents who had been COVID-19 positive and started on the antimalarial medication. When asked if they monitored these residents for toxic effects of the medication, LPN #23 stated that they had not.<br><br>An interview with the Director of Nursing (DON) on 5/1/2020 at 11:50 AM, revealed that the nursing staff were not initiating monitoring for toxic effects for residents who had been started on the antimalarial medication.<br><br>The Administrator was made aware of these concerns on 5/8/2020 at 8:10 AM. | F 656 | | |
| F 770 SS=J | Laboratory Services<br>CFR(s): 483.50(a)(1)(i)<br><br>§483.50(a) Laboratory Services.<br>§483.50(a)(1) The facility must provide or obtain laboratory services to meet the needs of its residents. The facility is responsible for the quality and timeliness of the services.<br>(i) If the facility provides its own laboratory services, the services must meet the applicable requirements for laboratories specified in part 493 of this chapter.<br>This REQUIREMENT is not met as evidenced by:<br>F-770<br>Based on observation, staff interview, and review of resident medical records, the facility failed to ensure an effective process was implemented to ensure critical lab results were received timely, resulting in a more than 10 day delay in obtaining | F 770 | [redacted] | |



Exh. C-57

Doc

3RD VERSION

PRINTED: 07/13/2020
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215105 | A. BUILDING ______ B. WING ______ | C 05/06/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LA PLATA ROAD LA PLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 5<br>COVID testing results for Resident #4 who was COVID positive. The system failure increased the risk for the spread of the potentially fatal infectious agent from unidentified positive residents to all other residents in the highly vulnerable nursing home population, as well as to staff and visitors.<br><br>As a result of these findings, a state of immediate jeopardy was declared on 4/28/2020 at 4:38 PM. The facility submitted an acceptable plan of removal at 11:04 PM on 4/29/2020 and it was accepted by the state agency at 11:20 PM. After removal of the immediacy, the deficient practice remained for the potential for more than minimal harm and at a scope and severity of D.<br><br>The Findings include:<br><br>CMS defines coharting as the practice of grouping residents infected or colonized with the same infectious agent together to confine their care to one area and prevent contact with other susceptible residents.<br><br>Resident #4 was tested for COVID on 4/6/20. Review on 4/24/20 at 11:33 AM, of the medical record for Resident #4, revealed a 4/6/20 nursing note entered by the Director of Nursing (DON) at 11:07 AM documenting "per [Resident's Primary Physician], resident was tested for COVID-19 today. Results pending."<br><br>During a joint interview on 4/23/20 at 10:30 AM, the Administrator and DON both indicated that the facility had decided to have all residents in the | F 770 | | |



Exh.
Doc C-58

3rd Version

PRINTED: 07/13/2020
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 215105 | A. BUILDING: ______ B. WING ______ | C 05/05/2020 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LA PLATA ROAD LA PLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 6<br>facility tested for COVID-19 on 4/6/20. During a later 4/28/20 interview at 1:03 PM, the DON stated that "for some reason" Resident #4's results had not been obtained when on 4/20/20 the family asked for test results and "we couldn't find them." The DON reported that she then contacted the laboratory and obtained the results on 4/20/20. In a 4/20/20 nursing note entered at 1:30 PM, the DON documented that she updated Resident #4's representative on his/her s COVID positive results. No earlier documentation regarding the test results was found in the medical record.<br><br>During an interview on 4/29/20 at 6:30 PM, the Administrator described the facility process for obtaining lab results. She indicated that test results were received by nursing staff, and when received, each nurse was responsible for reporting the results to their unit managers, the residents' attending physicians, and to residents' responsible parties. The Administrator acknowledged there was no master list or other process developed to track and ensure that results from all the critical COVID lab tests sent to the lab were reported back to the nursing home timely.<br><br>During 5/1/20 interview at 9:45 AM, the Administrator indicated that results from the 4/6/20 testing of all of the other residents in the facility were received beginning on either 4/8/20 or 4/9/20 and up to 4/11/20 (the facility provided 4/8 and 4/9 contradictory dates and the Administrator indicated that she would verify the dates but no confirmation was ever provided to the survey team prior to the survey exit). | F 770 | | |



Exh. C-59

3Rd Version

PRINTED: 07/13/2020
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 215106 | (X2) MULTIPLE CONSTRUCTION A. BUILDING ______ B. WING ______ | (X3) DATE SURVEY COMPLETED C 05/06/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| SAGEPOINT NURSING AND REHABILITATION CENTER | 10200 LA PLATA ROAD<br>LA PLATA, MD 20646 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 770 | Continued From page 7<br><br>With no system to ensure all COVID test results were obtained timely, the COVID positive result for Resident #4 was missed. Only when family requested the results did staff discover they had not been obtained. Resident #4 remained on the otherwise negative unit during the lengthy delay after he/she had been tested on 4/6/20 and before staff obtained the test results on 4/20/20. This system failure increased the risk for transmission of the potentially fatal infectious agent to all residents, staff and visitors.<br>As a result of these findings, a state of immediate jeopardy was declared on 4/29/2020 at 4:36 PM and an IJ summary tool was provided to the facility at that time. The facility submitted the first draft of their plan to remove the immediacy at 6:25 PM and it was not accepted. The facility submitted the second draft at 8:29 PM and it was also not accepted. The third draft was submitted at 11:04 PM and it was accepted by the state agency at 11:20 PM. The provisions of the plan to remove the immediacy included the following:<br><br>* Immediate review of all residents tested for COVID-19 to ensure that no other resident's result was not entered into the medical record or communicated with the resident's responsible party.<br>* A master list will be maintained by the director of nursing that documents when a resident is tested for COVID-19 and when the result becomes available.<br>* The Director of Nursing and the Infection Preventionist will be educated by the Administrator regarding this new process.<br>* The Unit Managers will be educated by the | F 770 | | |



Exh. A
C-Cob
Dock